964

No. 00–5856. ROJO v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5860. GABRIEL v. THERIOT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5864. PENA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5866. WALKER v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5869. HILL v. WALLACE. C. A. 9th Cir. Certiorari denied.

No. 00–5871. BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5873. HARDY v. SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–5874. GRIFFITH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5875. GOINS v. GAITHER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5880. BOLDEN v. VILLAGE OF BELLWOOD. C. A. 7th Cir. Certiorari denied.

No. 00–5881. DYSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–5883. CHAPMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5886. DIAZ v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5887. CLIFTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.